IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | Case No: |
| | ) ) | Judge: |
| Plaintiff, | ) ) | |
| vs. | ) | |
| ASHLEY CAUSEY<br>51 FERRIS STREET<br>ROCHESTER, NY 14609 | ) ) ) ) | |
| Defendant. | ) ) | |

## COMPLAINT

NOW COMES Plaintiff, the United States of America, by and through undersigned counsel, hereby sets forth its Complaint against the Defendant and states as follows:

### I. JURISDICTION AND VENUE

1. This court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

2. Defendant Ashley Causey (hereinafter 'Ms. Causey') is an individual who upon information and belief maintains a primary residence in Monroe County, New York within the territorial jurisdiction of this Court, and may be served process at 51 Ferris Street Rochester, New York 14609.

### II. COUNT ONE-ACTION FOR BREACH OF NURSE CORPS LOAN REPAYMENT PROGRAM CONTRACT

3. Paragraphs 1 and 2 of the Complaint are hereby realleged as if fully rewritten herein.

1

4. On or around August 18, 2020, Ms. Causey submitted an application to participate in the NURSE Corps Loan Repayment Program. Her application was approved and on September 8, 2020, an authorized designee of the Department of Health and Human Services (hereinafter 'HHS') entered into a contract with her. A true and accurate copy of the NURSE Corps Loan Repayment Program Contract (hereinafter 'Contract') is attached as **Exhibit A.**

5. In accordance with the terms of the Contract, a total of $20,391.98 was paid to Ms. Causey as partial repayment of her qualifying loans for nursing education. A true and accurate copy of the Contract Disbursement Detail is attached as **Exhibit B.**

6. Pursuant to the terms of the Contract, as a condition of the repayment funds, Ms. Causey was to serve as a full-time registered nurse for two (2) consecutive years at a Critical Shortage Facility (hereinafter 'CSF') as designated by HHS.

7. In the event Ms. Causey failed to provide two (2) years of service as a full time registered nurse at a CSF, under the terms of the Contract she would be responsible for all payments made on her behalf plus statutory interest at the maximum legal prevailing rate from the date of breach pursuant to 42 USC 297n(g)(1)(B).

8. From December 30, 2019 through March 22, 2020, Ms. Causey was a part time registered nurse at Upstate University Hospital in Syracuse, New York, a designated CSF. She transitioned to full-time on March 23, 2020.

9. Ms. Causey resigned from Upstate University Hospital on March 25, 2021, thus completing 289 days of her 730 day service obligation per the terms of the Contract.

10. On or around November 17, 2021, Ms. Causey was advised by an HHS NURSE Corps Program analyst that she had not complied with her service obligations. She was provided ninety (90) days to obtain an employment offer and accept a position with a designated CSF, so to avoid a default of her service obligations under the Contract. Ms. Causey did not comply.

11. On or around June 23, 2022, Ms. Causey was advised that her account was placed in a default status effective March 26, 2021. A demand for repayment of the principal disbursements under the Contract plus interest was made. Ms. Causey neglected and failed to pay the same in full. Ms. Causey also failed to respond to additional correspondence sent from the HHS regarding the default.

12. The debt owed to the United States of America is as follows:

| | |
|---|---|
| A. Current Principal | $ 20,391.98 |
| B. Current Statutory Interest | $9,684.59 |
| **Total Owed** | **$30,076.57** |

The Certificate of Indebtedness, attached as **Exhibit C**, shows the total amount due and owing on the account. The principal balance and interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness. Prejudgment interest accrues at the rate of 9.625% per annum. The interest accrues at $5.38 per day.

3

WHEREFORE, the United States of America prays for judgment:

    a. For judgment in favor of the United States of America and against Defendant Ashley Causey for the sum of $30,076.57, plus statutory that continues to accrue from March 13, 2026;

    b. An amount equal to the filing fee prescribed in 28 U.S.C. §1914 (a) pursuant to 28 U.S.C. §2412 (a) (2);

    c. Any additional attorney's fees and costs incurred in this action; and

    d. For such other relief as the Court deems just and proper

Date: March 13, 2026

Respectfully submitted,

By: */s/ Thomas L. Sooy, Esq.*
Thomas L. Sooy, Esq. (NY Bar # 5640198)
Private Counsel – U.S. Department of Justice
The Law Offices of Robert A. Schuerger Co., LPA
1001 Kingsmill Parkway
Columbus, OH 43229
Tel: (614)674-6853
Fax: (614)674-6864
Email Address: Thomas.sooy@usdoj.gov
Copies to: efiling@schuergerlaw.com

## VERIFICATION

STATE OF OHIO        )  ss:
COUNTY OF FRANKLIN   )

THOMAS L. SOOY, being duly sworn, deposes and says:

1. I am an Attorney duly admitted to practice in the Federal Courts of the Western District of the State of New York and have read the foregoing Complaint.

2. The allegations of the Complaint are true, except those matters alleged on information and belief, and those matters I believe to be true. The grounds of my knowledge and the sources of my information and belief are records of the U.S. Department of Health and Human Services and the U.S. Department of Treasury, Bureau of Fiscal Service, Disbursement and Debt Management.

Thomas L. Sooy, Esq. (NY Bar # 5640198)
Private Counsel – U.S. Department of Justice
The Law Offices of Robert A. Schuerger Co., LPA
1001 Kingsmill Parkway
Columbus, OH 43229
Tel: (614) 674-6852
Fax: (614) 674-6864
Email Address: Thomas.sooy@usdoj.gov

Subscribed and sworn to before me
this 13th day of March, 2026.

Lynne Warner-Steed
Notary Public, State of Ohio
My Commission Expires 08-28-2027